JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BUCK, | ) Case No. CV 23-3115-RGK (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| BRIAN BIRKHOLTZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Habeas Petition, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 6/15/2023

R. GARY KLAUSNER
U.S. DISTRICT JUDGE